UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60319-CIV-UNGARO

RODNEY J. REED,

    Plaintiff,

v.

FREDERICK J. HANN & ASSOCIATES, P.C.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed March 14, 2008 (D.E. 3).

THE COURT has reviewed the Notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(i) this Cause is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2008.

                                                                                         URSULA UNGARO
                                                                                         UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record